1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4

5  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102
      Telephone: (415) 436-7368
8     Facsimile: (415) 436-7234
      E-Mail: lowell.powell2@usdoj.gov
9
   Attorneys for the United States of America
10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           )   No. CR 10-0765 CRB
15                                     )
       Plaintiff,                      )
16                                     )
       v.                              )   **STIPULATION AND [PROPOSED]**
17                                     )   **ORDER EXCLUDING TIME UNDER 18**
   ISAAC SANCHEZ MARQUEZ,              )   **U.S.C. § 3161**
18     a/k/a Jose Garcia,              )
       a/k/a Raul Nolasco,             )
19                                     )
       Defendant.                      )
20 _____    )

21     On October 20, 2010, the parties in this case appeared before the Court. At that time, the

22 Court set the matter to November 3, 2010, before the Honorable Charles R. Breyer. The parties

23 have agreed to exclude the period of time between October 20, 2010 and November 3, 2010,

24 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting

25 the exclusion would allow the reasonable time necessary for effective preparation of counsel.

26 *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by

27 granting such an exclusion of time outweigh the best interests of the public and the defendant in

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0765 CRB

1  a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent
2  with this agreement. SO STIPULATED:

                                              MELINDA HAAG
                                              United States Attorney

6  DATED: October 21, 2010                 _____/s/_____
                                              LOWELL C. POWELL
7                                                Special Assistant United States Attorney

9  DATED: October 21, 2010                 _____/s/_____
                                              RONALD TYLER
10                                               Attorney for ISAAC SANCHEZ MARQUEZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0765 CRB

1
2            [~~PROPOSED~~] ORDER

3  For the reasons stated above and at the October 20, 2010 hearing, the Court finds that the
4 exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 20,
5 2010 through November 3, 2010 is warranted and that the ends of justice served by the
6 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
7 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the
8 reasonable time necessary for effective preparation, taking into account the exercise of due
9 diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10
11  IT IS SO ORDERED.

12
13 DATED: 10/25/10



THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0765 CRB